Roy S. Gordet SBN 103916
Law Office of Roy S. Gordet
235 Westlake Center #452
Daly City, CA 94015
Tel. 650-757-6147
Email  roy@copyrightdirection.com

Randy Troxel SBN 177105
Trademark-Associates
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Tel. 650-692-1700
Fax 650-794-2601
Email  rtroxel@tmassoc.com

Attorneys for Plaintiff Wilbur- Ellis Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilbur-Ellis Company, a California corporation; | Case No: CV 12 1270 LB |
| Plaintiff, | Voluntary Dismissal Without Prejudice and Stipulation Concerning the Court's Retaining Jurisdiction, and [Proposed] Order Thereon |
| vs. | |
| Ag Leader Technology, Inc., an Iowa corporation; | Federal Rule 41(a) |
| Defendant | |

Pursuant to a comprehensive settlement agreement entered into between the parties, Plaintiff Wilbur-Ellis Company, by its undersigned counsel of record, hereby dismisses WITHOUT prejudice this entire action against Defendant Ag Leader Technology, Inc. Each party will bear its own costs and attorneys fees.

Defendant Ag Leader Technology, Inc., by its undersigned counsel of record, hereby expressly consents that this dismissal is WITHOUT prejudice.

Further pursuant to the aforementioned settlement agreement entered into between the parties, the parties by their undersigned counsel below jointly stipulate that Magistrate Judge Laurel Beeler shall retain jurisdiction over the Parties and the subject matter to enforce the terms of the aforementioned settlement agreement.

Respectfully submitted,

Date:   November 19, 2012            _____/s/_____
                                     Roy S. Gordet, Counsel of Record for Plaintiff
                                     Wilbur-Ellis Company


Defendant Ag Leader Technology, Inc. consents to the dismissal without prejudice and stipulates to the Court's retention of jurisdiction as set forth herein.

Date:   November 19, 2012            /s/_ Stanley J. Thompson_____
                                     Stanley J. Thompson, Counsel of Record for
                                     Defendant Ag Leader Technology Inc.


### ORDER

Good cause appearing, this entire action is dismissed WITHOUT prejudice and the Court shall retain jurisdiction over the parties in the event that it is necessary for either party to seek the Court's assistance in enforcing the terms of the settlement agreement entered into by the parties.

IT IS SO ORDERED.

Date: November 26, 2012              _____
                                     Magistrate Judge Laurel Beeler